# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00312-CR
## NO. 03-25-00313-CR

---

**Thomas Glen Holman, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
NOS. 23-0285-K368 & 24-1024-K368, THE HONORABLE KEVIN D. HENDERSON,
JUDGE PRESIDING[1]**

---

## M E M O R A N D U M   O P I N I O N

Appellant Thomas Glen Holman, acting pro se, filed notices of appeal referencing these two district court cause numbers but without specifying any judgment or order appealed. The district-court clerk notified this Court that there is no final judgment in either case. Our review of the clerk's records shows that Holman is represented by appointed counsel in the trial court for both criminal cases, and the cases are set for trial later this year. Because the district court has not pronounced sentence or entered an appealable order in either of these cases, we lack jurisdiction over these appeals. *See Thompson v. State*, 108 S.W.3d 287, 290 (Tex. Crim. App. 2003) (concluding that there is no "conviction" to appeal before sentence is rendered);

---

[1] Judge Kevin D. Henderson, retired judge of Williamson County Court at Law No. 1, was assigned to preside over these cases.

*Cantu v. State*, No. 03-24-00524-CR, 2024 WL 3892456, at *1 (Tex. App.—Austin Aug. 22, 2024, no pet.) (mem. op., not designated for publication) (dismissing appeal for want of jurisdiction because trial court had not pronounced sentence). Further, Holman has no right to hybrid representation, and because he is represented by counsel in both cases, his notices of appeal present nothing for our review. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995); *Scarbrough v. State*, 777 S.W.2d 83, 92 (Tex. Crim. App. 1989).

Accordingly, we dismiss these appeals for want of jurisdiction without prejudice to Holman's refiling of a notice of appeal if sentence is imposed and a judgment of conviction is entered. *See* Tex. R. App. P. 43.2(f).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed for Want of Jurisdiction

Filed: July 18, 2025

Do Not Publish

2